| Attorney or Party Name, Address, Telephone & FAX Numbers and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Eric H. Gibbs (State Bar No. 178658)    Richard M. Paul III (*pro hac vice*)<br>Dylan Hughes (State Bar No. 209113)    Ashlea G. Schwarz<br>GIRARD GIBBS LLP    STUEVE SIEGEL HANSON LLP<br>601 California St., 14th Floor    460 Nichols Road, Suite 200<br>San Francisco, CA 94108    Kansas City, MO 64112<br>Telephone: (415) 981-4800    Telephone: (816) 714-7100<br>Facsimile: (415) 981-4846    Facsimile: (816) 714-7101<br><br>Attorney for Plaintiffs | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br><br>FLEETWOOD ENTERPRIES, INC.<br><br>                                                             Debtor(s), | |
| RONALD DOUD and BRIAN TUCKER,<br>individually and on behalf of a class of other<br>similarly situated persons,<br><br>                                                             Plaintiff(s),<br><br>vs.<br><br>FLEETWOOD ENTERPRISES, INC.,<br><br>                                                             Defendant(s). | CHAPTER:    11<br><br>CASE NO.:    6:09-BK-14254-MJ<br><br><br><br><br><br>ADVERSARY NO.: 09-01114 MJ<br>DATE:<br>TIME;<br>PLACE: |

**JOINT STATUS REPORT**
**LOCAL BANKRUPTCY RULE 7016-1(a)(2)**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

The parties submit the following JOINT STATUS REPORT in accordance with Local Bankruptcy Rule 7016-1(a)(2):

**A.    PLEADINGS/SERVICE:**

    1.    Have all parties been served?     ☒ Yes    ☐ No

    2.    Have all parties filed and served answers to the complaint/     ☒ Yes    ☐ No
        counter-complaints/etc?

    3.    Have all motions addressed to the pleadings been resolved?     ☒ Yes    ☐ No

    4.    Have counsel met and conferred in compliance with Local     ☒ Yes    ☐ No
        Bankruptcy Rule 7026-1?

    5.    If your answer to any of the four preceding questions is anything other than an unqualified
        "YES," then please explain below (or on attached page):

(Continued on next page)

| In re<br>FLEETWOOD ENTERPRISES, INC.<br><br>Debtor(s). | CHAPTER: 11<br><br>CASE NO.: 6:09-bk-14254-MJ<br><br>ADVERSARY NO.: 09-01114 MJ |
|---|---|

**B.  READINESS FOR TRIAL:**

1. When will you be ready for trial in this case?

   | Plaintiff | Defendant |
   |---|---|
   | Approximately 9 months. | Same. |

2. If your answer to the above is more than four (4) months after the summons issued in this case, give reasons for further delay.

   | Plaintiff | Defendant |
   |---|---|
   | See Section F below. | Same. |

3. When do you expect to complete your discovery efforts?

   | Plaintiff | Defendant |
   |---|---|
   | Approximately 6 months. | Same. |

4. What additional discovery do you require to prepare for trial?

   | Plaintiff | Defendant |
   |---|---|
   | Interrogatories, RFAs, Requests for Production of Documents, and depositions. | Same. |

**C.  TRIAL TIME:**

1. What is your estimate of the time required to present your side of the case at trial (including rebuttal stage if applicable?

   | Plaintiff | Defendant |
   |---|---|
   | Not known at this time. | Same. |

2. How many witnesses do you intend to call at trial (including opposing parties)?

   | Plaintiff | Defendant |
   |---|---|
   | Not known at this time. | Same. |

3. How many exhibits do you anticipate using at trial?

   | Plaintiff | Defendant |
   |---|---|
   | Not known at this time. | Same. |

(Continued on next page)

| In re<br>FLEETWOOD ENTERPRISES, INC.<br><br>Debtor(s). | CHAPTER: 11<br><br>CASE NO.: 6:09-bk-14254-MJ<br><br>ADVERSARY NO.: 09-01114 MJ |
|---|---|

**D.  PRE-TRIAL CONFERENCE:**

A pre-trial conference is usually conducted between a week to a month before trial, at which time a pre-trial order will be signed by the court. [See Local Bankruptcy Rule 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

| Plaintiff | Defendant |
|---|---|
| Pre-trial conference X (is)/__(is not) requested.<br>Reasons: _____<br>_____<br>_____ | Pre-trial conference X (is)/__(is not) requested.<br>Reasons: _____<br>_____<br>_____ |

| Plaintiff | Defendant |
|---|---|
| Pre-trial conference should be set <u>after</u>:<br><br>February 1, 2010 | Pre-trial conference should be set <u>after</u>:<br><br>February 1, 2010 |

**E.  SETTLEMENT:**

1.  What is the status of settlement efforts?

    The parties have not had any settlement discussions.

2.  Has this dispute been formally mediated?      ☐ Yes    ☒ No

3.  Do you want this matter sent to mediation at this time?

    | Plaintiff | Defendant |
    |---|---|
    | ☐ Yes    ☒ No | ☐ Yes    ☒ No |

(Continued on next page)

| In re<br>FLEETWOOD ENTERPRISES, INC.<br><br>Debtor(s). | CHAPTER: 11<br><br>CASE NO.: 6:09-bk-14254-MJ<br><br>ADVERSARY NO.: 09-01114 MJ |
|---|---|

**F.      ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** (Use additional page if necessary).

The parties agree that the status conference should be continued for approximately 60 days during which time the underlying bankruptcy proceedings will progress to a point where the parties will be able to engage in a more meaningful evaluation of the issues raised in this litigation.  At that time, the parties will be in a better position to schedule trial and pre-trial deadlines, as well as schedule mediation.  In the meantime, counsel for the defendants stipulates to Plaintiffs filing an amended complaint no later than May 29, 2009.  Defendants will file their answer to Plaintiffs' amended complaint no later than June 19, 2009.

Respectfully submitted,

Dated:  5/15/09                                    Dated: 5/15/09

STUEVE SIEGEL HANSON LLP              GIBSON DUNN & CRUTCHER LLP

By:      /s/ Richard M. Paul III                     By:     /s/ Michele L. Maryott

Name:   Richard M. Paul III                        Name:      Michele L. Maryott

Attorney for Plaintiffs                                Attorney for Defendant Fleetwood Enterprises, Inc.

(Continued on next page)

| In re<br>FLEETWOOD ENTERPRISES, INC. | | CHAPTER: 11 |
|---|---|---|
| | | CASE NO.: 6:09-bk-14254-MJ |
| | Debtor(s). | ADVERSARY NO.: 09-01114 MJ |

**NOTE** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity on Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 601 California Street, 14th Floor, San Francisco, CA 94108.

A true and correct copy of the foregoing document described as **INDEPENDENT STATUS REPORT FOR PLAINTIFFS LOCAL BANKRUPTCY RULE 7016-1(a)(2)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") -** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **May 15, 2009,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served): On **May 15, 2009** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows: Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Bankruptcy Judge
Honorable Meredith A. Jury
U.S. BANKRUPTCY COURT – RIVERSIDE
3420 Twelfth Street, Suite 345
Riverside, CA 92501-3819

☐ Service information continued on attached page

(Continued on next page)

| In re<br>FLEETWOOD ENTERPRISES, INC.<br><br>Debtor(s). | CHAPTER: 11<br><br>CASE NO.: 6:09-bk-14254-MJ<br><br>ADVERSARY NO.: 09-01114 MJ |
|---|---|

**III.** **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows: Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

May 15, 2009      Sue M. Querubin            /s/ Sue M. Querubin
Date              Type Name                  Signature

**I.** **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):**

Richard M. Paul III on behalf of Plaintiffs Ronald Doud and Brian Tucker
paul@stuevesiegel.com

Craig Millet on behalf of Defendant Fleetwood Enterprises Inc.
cmillet@gibsondunn.com, pcrawford@gibsondunn.com

United States Trustee (RS)
Ustpregion16.rs.ecf@usdoj.gov

**II.** **SERVED BY U.S. MAIL:**

Michele L. Maryott, Esq.
GIBSON DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA 92612-4412
Telephone: (949) 451-3945
Facsimile: (949) 451-4220
mmaryott@gibsondunn.com

Attorneys for Defendant Fleetwood Enterprises