Eric H. Gibbs (State Bar No. 178658)
ehg@girardgibbs.com
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Charles A. Ercole, Esquire
cercole@klehr.com
**KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS, LLP**
260 S. Broad Street
Philadelphia, Pennsylvania 19102-5003
Telephone: (215) 569-4282
Facsimile: (215) 568-6603

Daniel C. Lapidus (State Bar No. 227170)
dan@lapiduslaw.com
**LAPIDUS & LAPIDUS**
**A PROFESSIONAL LAW CORPORATION**
177 South Beverly Drive
Beverly Hills, California 90212
Telephone: (310) 550-8700
Facsimile: (310) 943-2471

*Attorneys for Plaintiffs*

**FILED & ENTERED**

**SEP 15 2009**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Hallock  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### RIVERSIDE DIVISION

| | |
|---|---|
| In re FLEETWOOD ENTERPRISES, INC., <br><br> Debtor, | CASE NO. 6:09-bk-14254-MJ <br><br> Chapter 11 <br><br> [Jointly Administered] |
| SANDRA JUSTICE, ALICIA RICE, RONALD DOUD, JEREMIAH HASTINGS, and BRIAN TUCKER, individually and on behalf of other similarly situated persons, <br><br> Plaintiffs, <br> v. <br><br> FLEETWOOD ENTERPRISES, INC., FLEETWOOD TRAVEL TRAILERS OF OHIO, INC., and FLEETWOOD TRAVEL TRAILERS OF OREGON, INC., <br><br> Defendants. | ADV. NO.: 6:09-ap-01114-MJ <br><br> **ORDER RE FILING OF CONSOLIDATED COMPLAINT** |

ORDER RE FILING OF CONSOLIDATED COMPLAINT

1 | The Court, having read the Parties' Stipulation to file the Consolidated Complaint, and good cause appearing therefore, hereby orders as follow:

1. Plaintiffs Sandra Justice, Alicia Rice, Ronald Doud, Jeremiah Hastings, Brian Tucker, and Robert Myers shall file the Consolidated Complaint within 10 days of the entry of this Order. The Consolidated Complaint will be filed on the docket in the case of Doud, et al. v. Fleetwood Enterprises, Inc., et al. (Case No. 6:09-ap-01114-MJ). Defendants shall file an answer within 20 days from the date the Consolidated Complaint is filed.

2. The Consolidated Complaint will be filed on the docket in this adversary proceeding (Case. No. 6:09-ap-01114-MJ). The other two WARN Act adversary proceedings (Case. Nos. 6:09-ap-01108-MJ and 6:09-ap-1105-MJ) will be dismissed without prejudice. Prior orders issued in those proceedings granting *pro hac vice* admissions to Plaintiffs' counsel shall be deemed effective in this proceeding as if they were filed on the instant docket.

3. The Consolidated Complaint shall not in any way alter the legal relationship between the Defendants, the Plaintiffs and/or the putative class members, nor shall anything in the parties' Stipulation be construed to effectuate the consolidation of the Defendants' estates in the Chapter 11 proceedings for any purpose whatsoever. The Defendants shall retain the right to request the bifurcation of the claims for purposes of trial should the Defendants deem it appropriate to seek such relief.

IT IS SO ORDERED:

DATED: September 15, 2009

_____
United States Bankruptcy Judge

1
ORDER RE FILING OF CONSOLIDATED COMPLAINT

| In re: FLEETWOOD ENTERPRISES, INC. | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NO.: 6:09-bk-14254-MJ |
| | ADVERSARY NO.: 6:09-ap-01114-mj |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
601 California Street, Suite 1400, San Francisco, CA 94108

A true and correct copy of the foregoing document described **ORDER RE FILING OF CONSOLIDATED COMPLAINT** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **September 10, 2009** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Parties Served via United States Mail Except for Hon. Meredith A. Jury**

| Served via Federal Express<br>Hon. Meredith A. Jury<br>U.S. Bankruptcy Court - Riverside<br>3420 Twelfth Street, Suite 345<br>Riverside, CA 92501-3819 | Richard M. Paul, III<br>460 Nichols Road, Suite 200<br>Kansas City, MO 64112 |
|---|---|
| United States Trustee (RS)<br>3685 Main St # 300<br>Riverside, CA 92501-2804 | Michele L. Maryott, Esq.<br>GIBSON DUNN & CRUTCHER LLP<br>3161 Michelson Drive<br>Irvine, CA 92612-4412 |
| Craig Millet<br>3161 Michelson Drive<br>Irvine, CA 92612-4412 | |

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F**

**9013-3.1**

| In re: FLEETWOOD ENTERPRISES, INC. | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NO.: 6:09-bk-14254-MJ |
| | ADVERSARY NO.: 6:09-ap-01114-mj |

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **September 10, 2009** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

- Richard M. Paul, III          paul@stuevesiegel.com
- Craig Millet                  cmillet@gibsondunn.com, pcrawford@gibsondunn.com
- Michelle Maryott              mmaryott@gibsondunn.com
- United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 10, 2009 | Angela L. Eure | /s/ Angela L. Eure |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                **F**

**9013-3.1**

| In re: FLEETWOOD ENTERPRISES, INC. | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NO.: 6:09-bk-14254-MJ<br>ADVERSARY NO.: 6:09-ap-01114-mj |

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER GRANTING MOTION TO APPOINT GARDEN CITY GROUP AS NOTICING AGENT AND CLAIMS ADMINISTRATOR FOR CLASS 3 UNSECURED CLAIM HOLDERS** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **September 10, 2009**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Richard M. Paul, III          paul@stuevesiegel.com
- Craig Millet                  cmillet@gibsondunn.com, pcrawford@gibsondunn.com
- Michelle Maryott              mmaryott@gibsondunn.com
- United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

| Served via Federal Express<br>Hon. Meredith A. Jury<br>U.S. Bankruptcy Court - Riverside<br>3420 Twelfth Street, Suite 345<br>Riverside, CA 92501-3819 | Richard M. Paul, III<br>460 Nichols Road, Suite 200<br>Kansas City, MO 64112 |
|---|---|
| United States Trustee (RS)<br>3685 Main St # 300<br>Riverside, CA 92501-2804 | Michele L. Maryott, Esq.<br>GIBSON DUNN & CRUTCHER LLP<br>3161 Michelson Drive<br>Irvine, CA 92612-4412 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                **F 9021-1.1**

| In re: FLEETWOOD ENTERPRISES, INC. | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NO.: 6:09-bk-14254-MJ |
| | ADVERSARY NO.: 6:09-ap-01114-mj |

| Craig Millet<br>3161 Michelson Drive<br>Irvine, CA  92612-4412 | |
|---|---|

☐ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*  **F 9021-1.1**

| In re: COSMO STORE SERVICES, LLC | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 8:08-bk-13110 RK |

**ADDITIONAL SERVICE INFORMATION** (if needed):